## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **RICARDO VILLALTA,** | ) | |
| **an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 2:25-cv-00207-KFP** |
| | ) | |
| **SHERIFF MARK HARRELL,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>DEFENDANT SHERIFF MARK HARRELL'S MOTION TO DISMISS</u>

COMES NOW Sheriff Mark Harrell, Defendant in the above-styled cause, and respectfully moves this Court to dismiss all claims against him in Plaintiff's Amended Complaint, (Doc. 21), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). As reasons for so moving, and as set out more fully in his Brief in Support, filed contemporaneously herewith, Sheriff Harrell states as follows:

1.     All of Plaintiff's Section 1983 claims are due to be dismissed because he has not alleged any causal connection between Sheriff Harrell and the allegedly unconstitutional acts; and

2.      After this Court dismisses Plaintiff's Section 1983 claims, it should

dismiss the remaining claims in deference to the well-settled principle that Alabama

courts should be the arbiters of Alabama law.

Respectfully submitted this the 15th day of August, 2025.

<div style="margin-left: 40%;">

**/s/Fred L. Clements, Jr.**
FRED L. CLEMENTS, JR. (asb-5682-r39c)
CONNER L. WHITE (asb-3600-j13l)
Attorneys for Defendant Mark Harrell
WEBB MCNEILL FRAWLEY PC
One Commerce Street, Ste. 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101-0238
(334) 262-1850 – T
(334) 262-1889 – F
fclements@wmwfirm.com
cwhite@wmwfirm.com

</div>

2

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sigfredo Rubio
Jason Yearout
RUBIO LAW FIRM, P.C.
490 Wildwood N. Circle, Suite 150
Birmingham, AL 35209
(205) 443-7858
frubio@rubiofirm.com
jyearout@rubiofirm.com

F. Taylor Rouse
RYAN & ROUSE, LLC
525 Madison Street SE, Suite 210
Huntsville, AL 35801
(256) 801-1000
taylor@alabamalaw.com

      **/s/ Fred L. Clements, Jr.**
      OF COUNSEL