IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICARDO VILLALTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:25-CV-207-KFP |
| ) | |
| MARK HARRELL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss (Doc. 22), it is ORDERED that Plaintiff must file a response to the motion by **September 2, 2025**, showing cause why it should not be granted. Defendant may file a reply by **September 9, 2025**.

DONE this 18th day of August, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE